UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS, | No. 2:16-cv-2272 CKD P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, | |
| Respondent. | |

Petitioner has filed a motion to amend his petition for writ of habeas corpus. However, the first amended petition was dismissed as duplicative on October 28, 2016, and this case was closed.

Thus, petitioner's motion (ECF No. 11) is hereby DENIED.

Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: December 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / owen2272.158

1